

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF 2000 BELLE CHASSE HIGHWAY, GRETNA, LOUISIANA ON SEPTEMBER 23, 2010 | * * * * * * * * * | CIVIL ACTION NO.: 10-3452<br><br>SECTION: SECT. C MAG. 5<br><br>JUDGE:<br><br>MAGISTRATE: |

************************************

\* UNDER SEAL \*

### MOTION FOR RETURN OF PROPERTY

NOW INTO COURT through undersigned counsel come petitioners, Frederick R. Heebe, A.J. Ward, Shadowlake Management, L.L.C., Willow, Inc., Fred Heebe Investments, Live Oak Homes Corporation, Heebe & Heebe, P.L.C., and River Birch, Inc., who, pursuant to Federal Rule of Criminal Procedure 41(g), move for the return of property seized by the Government in a search of their businesses on September 23, 2010.

As is set forth in detail in the attached memorandum, the Government did not have authority to enter six of the seven businesses searched, the Government seized items clearly outside the scope of the warrant, and the Government reviewed and seized attorney-client privileged documents.

___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No. _____

Because this proceeding is related to a sealed search warrant, the Petitioners respectfully request that this matter be filed under seal.

**WHEREFORE**, Petitioners respectfully request that their motion be granted.

Respectfully submitted,

_/s/ WPG_
Kyle D. Schonekas, 1187
William P. Gibbens, 27225
SCHONEKAS, EVANS, MCGOEY
& MCEACHIN, L.L.C.
Poydras Center
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
kyle@semmlaw.com
billy@semmlaw.com
(504) 680-6065
Attorneys for Frederick R. Heebe, Shadowlake Management, L.L.C., Fred Heebe Investments, and Live Oak Homes Corporation

_Michael S. Walsh by WMPM_
Michael S. Walsh, 8500
LEE & WALSH
257 Maximilian Street
Baton Rouge, LA 70802
(225) 344-0474
Michael@leeandwalsh.com

Attorney for Willow, Inc. and Heebe & Heebe, P.L.C.

_Bob Habans by WMPM_
Bob Habans
HABANS & CARRIERE
10843 N. Oak Hills Parkway
Baton Rouge, Louisiana 70810
bobhab@bellsouth.net
(225) 757-0225
Attorney for A.J. Ward, Jr

_/s/_
Edward J. Castaing
CRULL, CASTAING & LILLY
601 Poydras Street, Suite 2320
New Orleans, Louisiana 70130
ecastaing@cclhlaw.com
(504) 581-7700
Attorney for River Birch, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2010, I served the foregoing motion by hand to Assistant United States Attorney Greg Kennedy.

_____
WILLIAM P. GIBBENS