## UNITED STATES  DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

FREDERICK R. HEEBE,                                CIVIL ACTION
A. J. WARD, SHADOWLAKE
MANAGEMENT, L.L.C., WILLOW,
INC., FRED HEEBE INVESTMENTS,
LIVE OAK HOMES CORPORATION,
HEEBE & HEEBE, P.L.C., AND
RIVER BIRCH, INC.

VERSUS                                            NUMBER: 10-3452

UNITED STATES OF AMERICA                           SECTION: "C" 5


## J U D G M E N T

In accordance with the Court's order and reasons granting the petitioners motion for return

of property,

**IT IS ORDERED, ADJUDGED AND DECREED** that the Government immediately

return all seized property of tenants other than River Birch, Inc. In the case of property shared

between River Birch, Inc. and other tenants, the Government shall provide to petitioners copies

of all documents it intends to retain by Monday, December 27, 2010. Likewise, the Government

shall complete its "clean team" review and return all privileged documents to the petitioners by

Monday, December 27, 2010.

New Orleans, Louisiana, this 20th day of December 2010.


HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE