**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **FREDERICK R. HEEBE, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-3452** |
| **UNITED STATES OF AMERICA** | **SECTION: "C" (5)** |

**ORDER**

IT IS ORDERED that an evidentiary hearing on the Motion for Reconsideration, (Rec. Doc. 31), and the Motion to Enforce Judgment, (Rec. Doc. 36), is hereby set for Thursday February 24, 2011 at 10:00 a.m. No oral arguments will be held on February 2, 2011.

IT IS FURTHER ORDERED that the premises of 2000 Belle Chasse Highway, Gretna Louisiana be made available for a visit by the Court on February 4, 2011. Counsel for both Plaintiffs and Defendant may be present during the visit, but may not discuss the case during the visit. If counsel desire the Court to inspect anything in particular on the premises, they shall submit memoranda by January 28, 2011 specifying what should be inspected and why. Counsel shall confer with each other and suggest to the Court a mutually agreeable time for the visit.

New Orleans, Louisiana, this 21st day of January, 2011.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE