UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HEEBE, ET AL. | * | CIVIL ACTION NO: 10-3452 |
| v. | * | SECTION "C" (5) |
| UNITED STATES OF AMERICA | * | |

* * *

**UNITED STATES' MEMORANDUM REGARDING COURT'S**
**INSPECTION OF 2000 BELLE CHASSE HIGHWAY, GRETNA, LOUISIANA**

**NOW INTO COURT** comes the United States of America, appearing through the undersigned Assistant United States Attorneys, who submits for the Court's consideration the following request for inspection of 2000 Belle Chasse Highway, Gretna, Louisiana.

The government specifically requests that the Court inspect all entrances and exits of 2000 Belle Chasse Highway, Gretna, Louisiana. Special Agent Bezet stated in his Affidavit that he did not enter the premises through the entrance closest to the elevator, but instead used another entrance to access the building, and then used the stairway to the third floor. Additionally, the United States requests that the Court inspect the first and second floors of 2000 Belle Chasse Highway to determine, hopefully now, as it was at the day of the search, that those areas were unoccupied and not in commercial use. The United States further requests that the Court inspect all common, undesignated areas of the third floor to include, but not limited to, offices, cubicles, work areas,

storage spaces, and computer rooms. Moreover, it is requested, as depicted in the accompanying photographs (attached herewith as Exhibit A (*in globo*)[1] taken contemporaneously with the search, that the Court examine and notice that there were no identifying labels or markers attached to any of the computers or servers on the third floor. This will aid the Court in making the determination that, at the time of the search, there were no separate, independent, identifying labels or placards specifically attached to any area of the third floor, thus leading the agents to reasonably conclude that there were no other legitimate business activities extant which would preclude the agents from searching the third floor of 2000 Belle Chasse Highway.

Additionally, the government has attached, as Exhibit A (*in globo),* photographs taken by the agents at the time of the execution of the search warrant. This is to aid the Court in the determination that at all times the agents acted reasonably and within the scope of the search warrant.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

s/Gregory M. Kennedy
GREGORY M. KENNEDY
Assistant United States Attorney
Louisiana Bar Roll Number 20896
New Orleans, Louisiana 70130
Telephone: (504) 680-3102
Email: Greg.Kennedy@usdoj.gov

s/Salvador R. Perricone
SALVADOR R. PERRICONE
Assistant United States Attorney
Louisiana Bar Roll Number 10515
500 Poydras Street, Second Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3026
Email: Salvador.Perricone@usdoj.gov

[1] The United States will provide, via hand delivery, copies of all photographs to the Court.

**CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s/Gregory M. Kennedy
GREGORY M. KENNEDY
Assistant United States Attorney