# DIGITAL PHOTOGRAPHIC LOG

Page 1 of ___

LOCATION: 194B-NO-74025
DATE: 9/23/2010
CASE IDENTIFIER: 194B-NO-74025
PREPARED BY: SA Jonathan Cusake

CAMERA: ___
RESOLUTION: ___
FILE FORMAT: ___
REMARKS: ___

| PHOTO # | AREA | DESCRIPTION |
|---|---|---|
| 1 | A | Entry |
| 2 | C | Lobby |
| 3 | A | Entry Hallway |
| 4 | B | Office |
| 5 | B | Office Desk Area |
| 6 | B | File Cabinets |
| 7 | B | Wall in office |
| 8 | H | Over All |
| 9 | H | Side cubical |
| 10 | H | other side cube |
| 11 | H | Back cube |
| 12 | H | other Back Cube |
| 13 | H | Side Cube → H → other side Cub (H) |
| 14 15 | H | wall |
| 15 16 | H | Side wall File Cab. |
| 16 17 | G | office Door / wall |
| 17 18 | G | Desk |
| 18 19 | G | Desk / wall |
| 19 20 | G | Behind Desk |
| 20 21 | G | TV wall |
| 22 | E | Over All |
| 23 | E | File Cab wall |
| 24 | E | Server Area |
| 25 | E | Server Area 2 |
| 26 | E | Reception Desk |
| 27 | F | Break Room wall |
| 28 | F | Break Room other Wall |
| 29 | F | Over all Break Room |
| 30 | D | D / wall - File Cab |
| 31 | D | Desk / Window |
| 32 | D | Back Closet |

SKETCH: Compass ↑

# DIGITAL PHOTOGRAPHIC LOG

Page 2 of ___

LOCATION: 2000 Belle Chasse
DATE: 9/23/2010
CASE IDENTIFIER: 194B-NO-74025
PREPARED BY: Jonathan Cusack

CAMERA: ___
RESOLUTION: ___
FILE FORMAT: ___
REMARKS: ___

| PHOTO # | AREA | DESCRIPTION |
|---|---|---|
| 33 | D | Server Rack |
| 34 | D | Server Rm Closet |
| 35 | | Photo Log Page 1 |
| 36 | | Photo Log Page 1 (2nd pic) |
| 37 | I | overall |
| 38 | I | Desk view |
| 39 | I | Behind Desk |
| 40 | I | Closet |
| 41 | J | overall J |
| 42 | J | overall #2 |
| 43 | J | wall / closet view |
| 44 | J | Closet |
| 45 | A | Electrical Room / Closet |
| 46 | K | Overall |
| 47 | K | Cube 1 (from Doorway) |
| 48 | K | Cube 2 |
| 49 | K | Cube 3 |
| 50 | K | Cube 4 |
| 51 | K | Cube 5 |
| 52 | K | Cube 6 |
| 53 | K | Cube 7 |
| 54 | m | Overall |
| 55 | m | Desk |
| 56 | m | File Cab |
| 57 | L | Over All |
| 58 | L | Files / Room |
| 59 | L | otherside Files / Room |
| 60 | N | overall |
| 61 | N | Desk |
| 62 | N | Back Desk |
| 63 | O | overall |

SKETCH

Compass ↑

# DIGITAL PHOTOGRAPHIC LOG

Page __3__ of __ __

LOCATION __2000 Belle Chasse__  CAMERA _____
DATE __9/23/2010__  RESOLUTION _____
CASE IDENTIFIER __194B-NO-74025__  FILE FORMAT _____
PREPARED BY: __Jonathan Cusale__  REMARKS _____

| PHOTO # | AREA | DESCRIPTION | SKETCH |
|---|---|---|---|
| 64 | O | Back Cube | |
| 65 | O | Front Cube | Compass |
| 66 | O | 2nd Pic Back Cube | |
| 67 | Q | Overall | |
| 68 | Q | Desk | |
| 69 | Q | Desk (2nd Pic) | |
| 70 | Q | Side Wall | |
| 71 | P | Overall | |
| 72 | P | Desk | |
| 73 | P | TV Wall | |
| 74 | P | Wind/Side Wall | |
| 75 | R | Overall | |
| 76 | R | Bathroom | |
| 77 | R | kitchenet | |
| 78 | S | Overall | |
| 79 | S | window Wall | |
| 80 | S | Side wall | |
| 81 | P | Left | Exit photos Bez + Log |
| 82 | P | Center | |
| 83 | P | Right | |
| 84 | Q | Left | |
| 85 | Q | Center | |
| 86 | Q | Right | |
| 87 | R | Bathroom | |
| 88 | R | kitchenette | |
| 89 | S | Left | |
| 90 | S | Center | |
| 91 | S | Right | |
| 92 | L | Entry | |
| 93 | L | File Storage | |
| 94 | M | Left | |

# DIGITAL PHOTOGRAPHIC LOG

Page ____ of ____

LOCATION _____     CAMERA _____
DATE _____          RESOLUTION _____
CASE IDENTIFIER _____   FILE FORMAT _____
PREPARED BY: _____   REMARKS _____

| PHOTO # | AREA | DESCRIPTION | SKETCH |
|---|---|---|---|
| 95 | M | Center | |
| 96 | M | Right | Compass |
| 97 | B | Left | |
| 98 | B | Center | |
| 99 | B | Right | |
| 100 | E | Left | |
| 101 | E | Center | |
| 102 | E | Right | |
| 103 | G | Left | |
| 104 | G | Center | |
| 105 | G | Right | |
| 106 | H | Overall | |
| 107 | H | Copy area | |
| 108 | H | Cube 1 | |
| 109 | H | Cube 2 | |
| 110 | N | Left | |
| 111 | N | Center | |
| 112 | N | Right | |
| 113 | K | Overall | |
| 114 | K | Cube 1 (copy area) | |
| 115 | K | Cube 2 | |
| 116 | K | Cube 3 | |
| 117 | K | Cube 4 | |
| 118 | K | Cube 6 | |
| 119 | K | Cube 7 | |
| 120 | I | Overall | |
| 121 | I | Desk | |
| 122 | J | Left | |
| 123 | J | Center | |
| 124 | J | Right | |
| 125 | O | Overall | |

# DIGITAL PHOTOGRAPHIC LOG

Page _____ of _____

LOCATION _____
DATE _____
CASE IDENTIFIER _____
PREPARED BY: _____

CAMERA _____
RESOLUTION _____
FILE FORMAT _____
REMARKS _____

| PHOTO # | AREA | DESCRIPTION |
|---|---|---|
| 126 | O | Desk Area |
| 127 | K | Cubes |
| 128 | F | Overall |
| 129 | F | Left |
| 130 | F | Right |
| 131 | A | Entry |
| 132 | A | Hallway |
| 133 | A | Electrical Closet |
| 134 | D | Center |
| 135 | D | left |
| 136 | D | right |
| 137 | D | server closet |
| 138 | D | server wire rack |
| 139 | C | overall |
| 140 | E | Warrant on table |

SKETCH

Compass ↑