


6




7




8



9




10