


11


Homeowner Conversion
DELL



13



14


REA 2010
RENT Rolls
APR-July
REA
RENT Rolls
2010
JAN-MAR
SLV
RENT Rolls
2010
JAN-MAY

15