




Collections
Carol Sue
Calypso Bay
Collections
Collections
Collections
Collections
Collections
CBA 2010
RVV 2010
SLV 2010
REA 2010

16

G
17

<a>
</a>
<p>
</p>



State of Louisiana
Executive Department
Printing Service
WHO DAT 2010-2011 SCORE BOARD

19

20