

21

E

22

23



