

26



27





29



D

30