







PHOTOGRAPHER  Jonathan Cursik

DATE  9/23/2010

LOCATION  2000 Belle Chasse

CASE FILE  194B-NO-74025

AGENCY  FBI

35