| | |
|---|---|
| PHOTOGRAPHER | Jonathan Cusak |
| DATE | 9/23/2010 |
| LOCATION | 2000 Belle Chasse |
| CASE FILE | 194B-NO-74025 |
| AGENCY | FBI |

36







