



42



43





45