56







