


61




62




63




64

