


66



67


Q





70