
P
71



72



73




74


R