

76



77




78





80