

82






