
Q



87





89

