

91



92


brother
RBI
Lea Forbes
FRH Purged Files--
Storage
Lea Forbes
FRH Purged Files--
Storage
FRH AJW
TAX FILES
BANKERS BOX
HAMMERMILL
complete set / not in order


M




95