


96




97


SEPTEMBER


B


SCANNED LEASES
CSA
SCANNED LEASES
PFA
SCANNED LEASES
PFC
SCANNED LEASES
REA
SCANNED LEASES
RVV
SCANNED LEASES
SLV
SCANNED LEASES
2
3
9
5
11
13
15
16
1
4
8
7
10
RVV
REA
CSA
Administration
Calypso Bay
CSA
Administration

100