


101




102



103




Presented to
Jacquelyn Bruchi
In Appreciation of your contribution to
KIC
KIDS IN CRISIS PROJECT, INC.
A Friend loves At All Times.
DYNEX
Instructor Guide

105