


106



107







110