
BANKERS BOX
X-ACTO
14
111




112




113


SHARP
FO-DC525
DOCUMENT
COMMUNICATION
SYSTEM
SHARP
AR-205
DIGITAL
IMAGER
COPIER SERVICE
OF NEW ORLEANS

114

