
116


117





