





123



124

