
Do Remember to Forget
Anger, Worry, and Regret.
Love while you Have
Love to Give.
Live while you have
Life to Live!
September 2010

Rolodex
Asphalt Roofing Residential Manual
paper clips

BUNN
Coffee-mate
Coffee-mate

EMPLOYEE RIGHTS
UNDER THE FAIR LABOR STANDARDS ACT
FEDERAL MINIMUM WAGE
$7.25
1-866-4-USWAGE
WWW.WAGEHOUR.DOL.GOV
Age Discrimination
Unemployment Insurance
Workers' Compensation
Earned Income Credit
Sickle Cell Trait Discrimination
Equal Opportunity for All
Timely Payment of Wages
Genetic Discrimination
national guard, reserves, or on active duty,
LSBA
F
NOTICE
EMPLOYEE POLYGRAPH PROTECTION ACT
THE LAW
Job Safety and Health It's the law!
OSHA

FIRE
EXTINGUISHER
Coca-Cola
THIS SIDE UP
Kentwood