

131







