


136




137






139

601

AO 93 (Rev. 12/09) Search and Seizure Warrant

SEALED

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

COPY

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

2000 Belle Chasse Highway
Gretna, Louisiana 70056
Further described in Attachment A

Case No. 10 MAG 9/22-2

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Eastern District of Louisiana
*(identify the person or describe the property to be searched and give its location)*:
2000 Belle Chasse Highway, Gretna, Louisiana 70056 (further described in Attachment A)

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

see Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before October 4, 2010
*(not to exceed 14 days)*

❒ in the daytime 6:00 a.m. to 10 p.m. ❒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
LOUIS MOORE, JR.
UNITED STATES MAGISTRATE JUDGE

❒ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ❒for ____ days *(not to exceed 30)*.
❒until, the facts justifying, the later specific date of ____.

Date and time issued: 09/22/2010 5:15 p.m.

Louis Moore, Jr.
*Judge's signature*

City and state: New Orleans, Louisiana

Honorable Louis Moore, Jr., U.S. Magistrate Judge
*Printed name and title*