UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FREDERICK R. HEEBE, ET AL                        CIVIL ACTION

VERSUS                                                                NO. 10-3452

UNITED STATES OF AMERICA                    SECTION: "C" (5)

## ORDER

      IT IS ORDERED that Plaintiffs provide the Court with a floor plan of the third floor of 2000 Belle Chase Highway by Monday, February 14, 2011 by 10:00 a.m.  If the Government has a floor plan of the third floor of 2000 Belle Chase Highway, it shall also provide a copy to the Court by Monday, February 14, 2011 by 10:00 a.m.

      IT IS FURTHER ORDERED that the Government provide a detailed inventory of what it seized from the premises of 2000 Belle Chasse Highway.  That inventory shall indicate what was seized, from where it was seized, and on what basis the Government concluded that the seized material was related to River Birch, Inc.  It shall also indicate which items have already been returned to Plaintiffs.  This inventory shall be submitted in the record by Monday, February 14, 2011 by 10:00 a.m.  After reviewing the Government's inventory Plaintiffs shall submit a memorandum regarding what seized items they believe should be returned pursuant to this Court's previous Order by Wednesday, February 16, 2011 by 12:00 p.m.

      IT IS FURTHER ORDERED that the Government provide the Court with a status update of the review of allegedly privileged documents seized from the third floor of 2000 Belle Chase Highway by Monday, February 14, 2011 by 10:00 a.m.

      IT IS FURTHER ORDERED that Plaintiffs shall submit a memorandum explaining the

presence of several filing cabinets and file folders containing River Birch, Inc. materials located at 2000 Belle Chase Highway during this Court's site visit on February 4, 2011. Specifically, during that visit the Court noticed several black filing cabinets that had various labels related to River Birch, Inc. These black filing cabinets were located in the area labeled "I" during the Government's initial search, which the Court believes was the former law office of Peter Butler. Also the Court found a tan filing cabinet, which contained numerous River Birch, Inc. files. This filing cabinet was located in the storage room labeled "L" during the Government's initial search. In this memorandum Plaintiffs shall explain whether these files where seized and subsequently returned, generated after the Government's search, or not seized in the Government's initial search. This memoranda shall be submitted to the Court by Monday, February 14, 2011 by 10:00 a.m.

IT IS FURTHER ORDERED that the Government shall submit a memorandum explaining why a "clean team" was present during the initial search of 2000 Belle Chase Highway and what instructions the "clean team" was given regarding the search. This memoranda shall also explain how the "clean team" and regular investigators interacted in conducting the search. This memoranda shall be submitted to the Court by Monday, February 14, 2011 by 10:00 a.m.

New Orleans, Louisiana, this 9th day of February, 2011.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE