UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FREDERICK R. HEEBE, ET AL                  CIVIL ACTION

VERSUS                                     NO. 10-3452

UNITED STATES OF AMERICA                   SECTION: "C" (5)

### ORDER

IT IS ORDERED that by 10:00 a.m. on February 23, 2011, Plaintiffs' shall provide the Government a copy of the surveillance video that was submitted to the Court on February 22, 2011.

New Orleans, Louisiana, this 22nd day of February, 2011.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE