UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FREDERICK R. HEEBE, ET AL | CIVIL ACTION |
| VERSUS | NO: 10-3452 |
| UNITED STATES OF AMERICA | SECTION: "C" |

**NOTICE FOR REMOVAL OF EXHIBITS**

  Pursuant to Rule 79.3 of the Local Rules of this Court, all exhibits in the custody of the Clerk will be destroyed after 35 days from final disposition of the case.  It is the responsibility of the party or attorney offering the exhibits to secure their removal from the Clerk's custody within 35 days of the final disposition of the case.

  LOCAL RULE 79.3 states "All exhibits in the custody of the clerk shall be removed within 35 days of the final disposition of the case.  The party offering exhibits is responsible for their removal and shall give a detailed receipt for the clerk's records.  If the parties or their attorneys fail or refuse to remove exhibits within 35 days, the exhibits may be destroyed or otherwise disposed of by the Clerk."

  Electronically filed on this 28th day of February 2011, using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

        By: /s/ Kimberly A. County
          Case Manager, Section "C"

*THERE WILL BE NO FURTHER NOTICE ISSUED BY THE COURT REGARDING THE REMOVAL OR DESTRUCTION OF THE EXHIBITS PRODUCED FOR TRIAL ON THE BRIEFS